1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| OLEUMTECH CORPORATION, a California corporation<br><br>Plaintiff,<br><br>v.<br><br>ASIF SHERIFF, an individual<br><br>Defendant. | CASE NO: 8:12-CV-01199-JVS-AN<br><br>**PRELIMINARY INJUNCTION ORDER**<br><br><br>Filed: July 25, 2012<br>Trial Date: TBD |
|---|---|

The Court, having received no points and authorities, affidavits or declarations, or other evidence in opposition from Defendant concerning why a preliminary injunction should not issue against him, hereby orders the preliminary injunction as follows:

1. OleumTech has established a substantial likelihood of success on the merits of its claims against Defendant.

2. Absent the issuance of a preliminary injunction, OleumTech will suffer immediate and irreparable injury, and such injuries substantially outweigh any injuries to Defendant that may result from ordering the preliminary injunction.

3. This order serves, and is not contrary to, the public interest.

4. OleumTech has, in lieu of bond, deposited $5,000 with the Clerk of the Court.

5. OleumTech has complied with this Court's Temporary Restraining Order of August 7, 2012 and has personally served Defendant with a copy of the Order and all papers upon which the Order is based.  OleumTech also sent the Order and all papers to Defendant via electronic mail and counsel for OleumTech telephoned Defendant to notify him of the Court's Order.

IT IS ORDERED THAT Defendant and all of his affiliates, associates, and agents, whether acting directly or indirectly, in the United States or abroad, are and shall be:

1. ENJOINED AND RESTRAINED from using or disclosing any confidential, proprietary or trade secret information obtained from, or originating with, OleumTech or any of its customers, vendors, partners or affiliates, including, without limitation, information about OleumTech's magnetostrictive technology and any ideas for improvements thereto.

2. ENJOINED AND RESTRAINED from contacting or communicating with any customer, vendor, partner, affiliate or competitor of OleumTech with regard to confidential, proprietary or trade secret information obtained from, or originating with,

OleumTech or any of its customers, vendors, partners or affiliates, including, without limitation, information about OleumTech's magnetostrictive technology and any ideas for improvements thereto.

    3. ENJOINED AND RESTRAINING from interfering with OleumTech's use and ownership of cell phone number (815) 505-2643, that number having been transferred to OleumTech by the cell service provider, pursuant to this Court's Temporary Restraining Order

    4. REQUIRED to immediately disclose all information about his ideas developed or originated during his employment with OleumTech concerning magnetostrictive technology to OleumTech, including, without limitation those ideas he attempted to share with Ametek, Inc. and OPW Fuel Management Systems.

    5.  IT IS FURTHER ORDERED THAT OleumTech, or its authorized agents, is directed to serve by U.S. mail and by electronic mail a copy of this Order, and all papers upon which this Order is based upon the Defendant.

    6.  This Preliminary Injunction shall remain in full force and effect during the pendency of this case, or until further order of this Court, upon application, notice and an opportunity to be heard, and that this Court retains jurisdiction of this matter for all purposes related to this action.

IT IS SO ORDERED.

Dated:  August 21, 2012      By: _____
                                   UNITED STATES DISTRICT JUDGE